FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Jamere Costin

COMPLAINT

(Enter above the full name of the plaintiff in this action)

V.

Jiffy Lube / Team Car Car Inc / Frank Lear kenny Feming

Civil Action No.

RECEIVED

(To be supplied by the Clerk of the Court)

JUN 17 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

(Enter the full name of the defendant of defendants in this action)

Team Car Care / Frank Lear Kenny Feming

INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

X    42 U.S.C. §1983 (applies to state prisoners)

____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

____ Pretrial detainee

____ Civilly-committed detainee

____ Immigration detainee

____ Convicted and sentenced state prisoner

____ Convicted and sentenced federal prisoner

____ Other: (please explain) My Pretrial was revoked

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _Jamere Costin_

Defendant(s): _Team Car Care/ Frank Lear / Kenny Fleming_

b.    Court and docket number:_____

c.    Grounds for dismissal: ( )    frivolous    ( ) malicious

            ( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_06-06-24_

e.    Approximate date of disposition:_12-15-23_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement?_Cumberland County Ja.1_

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff:_Jamere Costin_

Address: 336 Fayette St. Bridgeton NJ.

Inmate#: 68113

b.    First defendant:

Name: Kenny Fleming

Official position: Distric Manager

Place of employment: Team Car Care / Jiffy Lube

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Wrongful Termination, Pain & Suffering Discrimination

c.    Second defendant:

Name: Frank Lear

Official position: Store Manager

Place of employment: Jiffy Lube / Team Car Care

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Discrimination, racial Profiling, Pain & Suffering Conflict of Entrance wronful Termination

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

___Yes      _/_No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____
_____
_____
_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____

6.  Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

Team Car Care which is the Company/ Jiffy Lube, They never checked Into my resinging, The Company Let there be my Status of my run things Like has of the owner, he treats people So unfair Such as taking me out the system and Put my the very next day I resinged on 12-15-23 two weeks In, The very next day

which was 12-16-23 I was not Able to clock In for work mind you I told Kenny and all the management I cleary wanted to leave on good terms even before I transfer to Auduban from vineland me Kenny & frank all agreeded on If things did not work out up Aduban w. I was able to transfer back whenever. Mind you I did a great Job litterally numbers dont Lie. Kenny & frank and Team Car Care were all in Cohoupse Together Such as Discrimination I was a great worker who never missed work and Always worked hard Period Always on time.

Slandering my name I went throug So much hate and Jealous once I became AGM

Asisting General Manager That Kenny & frank became my Enemy Overnight !!!!!!!

7.  Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want to be Compensated for Pain & Suffering, wrongful Termination Discrimination

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

            (X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of $\underline{06 - 06}$ , 20$\underline{24}$

                             _____

                             Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

RECEIVED

JUN 17 2024

AT 8:30_____M
CLERK U.S. DISTRICT COURT - DNJ

06-11-24

To whom it may Concern I'm Incorcerated At Cumberland County Jail my account Is Indigent, but I Can pay my Court fees In Installments, note on 06-10-24 I was classifiled To have P.T.S.D for my situation that happened he at the Count Jail with officer Booner Check